**Susan OCTAVE On Behalf of James OCTAVE, an incapacitated Person, and Susan Octave, Petitioners,**

v.

**David Wade WALKER and Commonwealth of Pennsylvania, Department of Transportation, Respondents.**

Supreme Court of Pennsylvania.

Dec. 27, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

---

1. 42 Pa.C.S. §§ 9541–46.

Given the [petitioners] do not explicitly waive the protections of 50 P.S. § 7111, given the [petitioners'] Amended Complaint does not allege injuries to mental health, given the [respondents] raise the question of mental health and seek the [petitioner's] pre-collision mental health records, and given the [respondents'] claim of mental health relies exclusively on the conclusions of a third party, did the [petitioners] put mental health at issue and impliedly waive the protections of 50 P.S. § 7111 though the act of filing the within lawsuit?